# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TERRIS R. JONES SR., | 2:12-cv -00282-KJD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| LAS VEGAS VALLEY WATER DISTRICT, *et al.*, | |
| Defendants. | |

Before the Court is Defendant's Motion for Exception to Requirement that Carrier be in Attendance at Settlement Conference (dkt. 18). To date an opposition has not been filed. Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Good cause appearing, IT IS HEREBY ORDERED that Defendant's Motion for Exception to Requirement that Carrier be in Attendance at Settlement Conference (dkt. 18) is Granted.

DATED this 25th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE